UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>            Plaintiff,<br><br>     v.<br><br>Celina Curiel, et al.,<br><br>            Defendants. | Case No. 2:16-cv-02436-KJM-AC<br><br>**ORDER** |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of Plaintiff and against Defendant **Khaled Mohamed Alnagar** in the amount of $9,012.50.

DATED: November 13, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE