UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case: 2:16-cv-02436-KJM-AC |
| Plaintiff, | **[PROPOSED] ORDER ON REQUEST TO VACATE DEBTOR EXAM** |
| v. | |
| **Celina Curiel, et al.**, | |
| Defendants. | |

**ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Khaled Mohamed Alnagar scheduled for May 10, 2023 is vacated.

Dated: May 2, 2023

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order to Vacate Judgment Debtor Exam